# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Weaver,<br><br>              Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>              Defendant. | No. CV-25-00356-TUC-LCK<br><br>**REPORT AND RECOMMENDATION** |

Pending before the Court is Plaintiff's Motion to Proceed In Forma Pauperis (IFP). (Doc. 2.) Because there is not, and absent the Defendant's appearance cannot be, full consent to Magistrate Judge jurisdiction in this case, the assigned Magistrate Judge submits a Report and Recommendation to Senior District Judge Raner C. Collins. Gen. Ord. 21-25. The Magistrate Judge recommends the District Court, after its independent review of the record, deny the Motion and direct Plaintiff to pay the filing fee or her case will be dismissed.

Pursuant to 28 U.S.C. § 1915(a), a plaintiff may file an action without paying the filing fee if she submits an affidavit stating that she lacks sufficient funds, and if her suit is not frivolous or malicious. *Franklin v. Murphy*, 745 F.2d 1221, 1226 (9th Cir. 1984). A plaintiff's affidavit is sufficient to support her application when "it alleges that the affiant cannot pay the court costs and still afford the necessities of life." *Escobedo v. Applebees*, 787 F.3d 1226, 1228 (9th Cir. 2015) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)). To obtain IFP status, the plaintiff "must allege poverty 'with some

particularity, definiteness and certainty.'" *Id.* (quoting *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981)).

In her application, Plaintiff indicated that she currently is working and will earn $4000 this month. (Doc. 2 at 1.) Plaintiff stated that she has approximately $4290 in savings, which she has earmarked for a vacation with her daughter. (*Id.* at 2, 5.) She does not own substantial assets but also does not have significant debt. (*Id.* at 3-4.) She indicated that other family members live with them, but her portion of household expenses are less than her income. (*Id.* at 3, 5.) Additionally, her expenses include saving $1000 per month for her daughter to use in the future. (*Id.* at 5.)

Given Plaintiff's income, which exceeds her monthly expenses and allows her to save monthly, her limited debt, and her current savings totalling over $4000, the Court finds that Plaintiff has not established her poverty with certainty or that she will not be able to afford the necessities of life if she is required to pay the $405 filing fee. Based on the foregoing, the Magistrate Judge recommends that the District Court enter an order denying Plaintiff's Motion for In Forma Pauperis Status (Doc. 2) and directing her to pay the filing fee or her Complaint will be subject to dismissal. Pursuant to Federal Rule of Civil Procedure 72(b)(2), Plaintiff may serve and file written objections within fourteen days of being served with a copy of the Report and Recommendation. If objections are not timely filed, they may be deemed waived.

Dated this 9th day of July, 2025.

*Honorable Lynnette C. Kimmins*
United States Magistrate Judge