IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jessica Weaver,<br><br>    Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV-25-00356-TUC-SHR (LCK)<br><br>**ORDER** |

Pending before the Court are Plaintiff's Application to Proceed in Forma Pauperis (IFP) (Doc. 2) and Magistrate Judge Lynnette C. Kimmins' Report and Recommendation (R&R) (Doc. 10) recommending the Court deny Plaintiff's IFP application. On July 16, 2025, Plaintiff filed a declaration indicating she does not object to the R&R (Doc. 12) and on the same day paid the filing fee in full (*see* Doc. 13). Accordingly,

**IT IS ORDERED** Magistrate Judge Kimmins' R&R (Doc. 10) is **ADOPTED**.

**IT IS FURTHER ORDERED** Plaintiff's IFP application (Doc. 2) is **DENIED** as moot.

Dated this 22nd day of July, 2025.

Honorable Scott H. Rash
United States District Judge